```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    18cr00717 (DLC)
                                           :
            -v-                            :       ORDER
                                           :
JOHN SNYDER,                               :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/20

DENISE COTE, District Judge:

On March 20, 2020, this Court issued an arrest warrant for the defendant on two specifications of violation of the terms of supervised release. On May 15, the Probation Department notified the Court's staff that the defendant was arrested on May 13 in the Eastern District of Pennsylvania. On June 30, the defendant arrived in this district and was presented before the Magistrate Judge. The defendant consented to detention without prejudice. Accordingly, it is hereby

ORDERED that a hearing on the violations of supervised release is scheduled for **July 17** at **11:00 a.m.** to occur in-person in Courtroom 18B, 500 Pearl Street, if that is possible and the defendant desires to appear in person.

IT IS FURTHER ORDERED that defense counsel shall advise the Court by **July 10, 2020** whether the defendant prefers to proceed in a videoconference, or in the event an in-person conference

cannot occur on July 17, whether he consents to proceed through a videoconference.

IT IS FURTHER ORDERED that if the defendant prefers or consents to a videoconference proceeding, an Order will issue that provides the date and time of the videoconference, as well as the credentials necessary for accessing the proceeding via CourtCall. The CourtCall platform permits the defendant, defense counsel, and the Government to appear, each from their separate locations, before the Court by video, and affords the defendant and defense counsel the opportunity to consult with each other separately in a breakout room upon request.

IT IS FURTHER ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant. If there is informed and voluntary consent to waive his right to be present in-person at the proceeding, defense counsel shall file with the Court the executed form by **July 10**. Counsel is advised that in the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry on July 17 to determine whether it

2

is appropriate for the Court to add the defendant's signature to the form.

Dated:   New York, New York
         July 1, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge