```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
             -v-                         :     18cr717 (DLC)
                                         :
 JOHN SNYDER,                            :         ORDER
                                         :
                    Defendant.           :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

A hearing on the violation of supervised released was scheduled to occur via videoconference through the CourtCall platform on July 22, 2020.  At the start of the July 22 videoconference, the defendant informed the Court that he no longer wished to proceed via videoconference and would instead prefer that the hearing on the violation of supervised release be rescheduled to occur in person.  On July 24, defense counsel, Jennifer Willis, informed the Court via email that she would not be able to personally be present at any in person hearing, but that her colleague, Clay Kaminsky, could appear on behalf of the defendant.  Ms. Willis also proposed that the hearing occur on August 13, 2020.  Accordingly, it is hereby

ORDERED that the hearing on the violation of supervised release is rescheduled to occur on Thursday, **August 13, 2020** at **2:00 p.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

>https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **July 31, 2020,** defense counsel must advise the Court of how many spectators will attend the hearing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court hearing of the defendant may listen to the hearing through a telephone link by calling **888-363-4749** and using access code **4324948.**

IT IS FURTHER ORDERED that if Ms. Willis would like to participate in the hearing, she may use the same telephone

number and access code.  Ms. Willis must inform this Court's Chambers, via email, of the telephone number that she will use to dial in to the hearing so that she will not be muted for the hearing.

Dated:    New York, New York
          July 27, 2020

                                    _____
                                       DENISE COTE
                                    United States District Judge